Entered: January 9th, 2018
Signed: January 8th, 2018

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17−17022 − TJC**   Chapter: **13**

**Theresa Weston Saunders**
Debtor

### ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Debtor, Theresa Weston Saunders, and it appearing that counsel has complied with Local Bankruptcy Rule 9010−4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Arlene Adasa Smith−Scott as counsel of record for the Debtor is hereby stricken.

cc:   Debtor
      Attorney for Debtor − Arlene Adasa Smith−Scott
      Case Trustee − Nancy Spencer Grigsby

### End of Order

01x03 (rev. 05/02/2000) − lalexander