# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

FILED

2018 MAY -8  AM 9: 58

IN RE:                                                    U.S. BANKRUPTCY COURT
                                                          DISTRICT OF MARYLAND
Theresa Weston Saunders                    *    Case No. 17-17022 GREENBELT
                    DEBTOR                  *
                                            *    CHAPTER 13
                                            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*


## DEBTOR'S MOTION FOR DISMISSAL AND DISCHARGE OF BANKRUPTCY CASE

Comes now, Theresa Saunders, DEBTOR, hereby respectfully presents and submits to this Honorable Court a Motion for Dismissal/ Discharge of her bankruptcy case due to extenuating circumstances, whereby her case needs to be properly reorganized and presented with the inclusion of property issues that will impact her development of a proper financial position, pursuant to 11 U.S.C. SECS 362 and 1301, which is a core proceeding pursuant to 28 U.S.C. SEC.157. and for reasons states as follows:

### ONE
That Theresa Saunders as the DEBTOR respectfully request this dismissal based on inadequate representation and counselling that has not fairly allowed for the necessary preparation and organized presentation of her financial situation to this court. On Thursday, May 3, 2018, Debtor was informed that Trustee had not received the numerous documents Debtor had submitted to her former legal counsel for transmission to Trustee in response to the list of outstanding issues cited by Trustee in her Objection to Confirmation.

### TWO
That DEBTOR filed a motion to release former legal Counsel as DEBTOR's bankruptcy Legal Counsel for unreconcilable reasons, which was approved by this court on January 8, 2018. Since that time, Debtor has sought new Legal Counsel, while submitting required legal documents and attending hearings as required by the District of Columbia Superior Court and the District of Columbia Appeals Court.

### THREE
Debtor recognizes she needs legal counsel to properly present and organize her financial position in presentation to the bankruptcy court. Debtor is not knowledgeable in the legal requirements and complexities of the bankruptcy laws for clear presentation of her issues in this case. Debtor needs to reorganize her case with proper Legal Counsel assistance prior to rushing into filing bankruptcy without organized planning and strategy.

### FOUR
Debtor recognizes that necessary preparation and overview of the requirements for clear presentation of her financial position was not provided by counsel prior to filing of this case. Further, Debtor recognizes there was not timely transmittal of information as requested by the Trustee, although information was submitted by Debtor for transmittal.

## FIVE

Debtor needs legal counsel to assist in the complexity of the two property issues that will significantly impact her financial position by $250,000 to $500,000 within the next 60 days. Debtor recognizes the complexities of outstanding issues for these two real estate properties require legal counsel for presentation of financial impact in this bankruptcy court.

## SIX

Debtor recognizes she need Legal Counsel to present the impact of the first property located at 2042 Ft. Davis Street, SE. – a condominium previously owned and titled by Debtor was transferred and untitled from Debtor in a wrongful foreclosure. After two years of legal procedures, the District of Columbia Court of Appeals is preparing to review the Appellant's Brief, Appellee's Reply and Appellant's Rebuttal to that Reply. **On May 30, 2018,** District of Columbia Court of Appeals will have a hearing (with optional oral presentation) on whether the Homeowner Association was properly served and if the foreclosure required a judicial hearing and therefore was invalid. The DC Court of Appeals has ruled against this HOA previously on this same issue based on HOA's bylaws which mandate a judicial hearing prior to foreclosure. The HOA did not file a complaint for a judicial hearing. The Debtor has provided affidavits of process service, including a certified receipt of mail signed by the HOA manager. Debtor anticipates the DC Court will rule the foreclosure invalid. This property is valued at $200,000. The property is being rented at $1,645 per month. The monthly mortgage is $323, which is being paid to this bankruptcy court.

The decision on the title for this property will finally be determined within the next 30-60 days and will greatly impact Debtor's financial position.

## SEVEN

DEBTOR recognizes Legal Counsel is needed to present to this court the impact of the second property located at 1125 Bellevue Street SE. During a two-year divorce proceeding that ended in 2000, Debtor's ex-spouse and GMAC collaborated secretly in an agreement to evade distribution of equity in the Maryland divorce court and negotiate a sale of the property for the ex-spouse and his new wife. Both GMAC attorney and the ex-spouse informed Judge Whelan in the Maryland court that the property had been foreclosed and no equity was available. Six years later, Debtor was informed property still existed thru a telephone call from Judge Duncan-Peters, presiding over a foreclosure hearing of the property in the District Superior Court. The bankruptcy of GMAC prevented Debtor from resolving the mortgage issue for another two years. Eventually, a new law firm contacted Debtor about the property and she took out a loan on her primary residence and paid off the mortgage balance in 2007. After that payment, Debtor found a Consent Agreement and Deed in the house whereby GMAC had reduced 50% of the mortgage due on the property. Therefore, Debtor had overpaid the mortgage balance. In 2007, the former GMAC attorney (who had collaborated with the ex-spouse) extended the foreclosure lawsuit in the District of Columbia courts to increase the mortgage balance to include attorney fees incurred during his negotiations with the ex-spouse in 2002. In 2010, this attorney collaborated with Debtor's ex-spouse to amend the lawsuit to have the consent agreement and deed declared invalid in order to initiate new foreclosure proceedings. In 2012, GMAC went bankrupt and the account has been transferred to four companies between 2012 to 2017, without accountability of the pay-off of the original mortgage balance. In 2013, the District Superior Court reviewed all aspects of the foreclosure case since 2006 and ruled the deed and consent agreement were valid. Judge Kravitz ordered the case remanded to Maryland as a matter of the original divorce court resolution. Current account management company, Rushmore Management, has refused to resolve this account and refused to believe that an African American female took out a $100,000 loan and paid off the mortgage, despite copies of cashier's checks paid at that time.

Current mortgage servicing company, Rushmore Management has refused to comply with District of Columbia Court order to title property in Debtor's name only. This action has prevented Debtor from receiving $1,835 per month in rental fees.

Rushmore Management has stated there is no equity in this property. Debtor has submitted District tax assessment records to this bankruptcy court refuting this claim and reflecting a value of $272,000 for the property.

EIGHT

DEBTOR has been submitting required legal documents and attending hearings as required by the District of Columbia Superior Court and the District of Columbia Appeals in court cases for two properties that will significantly impact the financial position of Debtor in this bankruptcy court.

DC Court of Appeals:   (August 15, 2017) Appellant Brief and Appendix
(March 23, 2018)  Appellant Rebuttal to Appellee's Reply
(May 30 2018)  Hearing in DC Appeals Court

DC Superior Court:   (September 2017) Amended Complaint for Plea of Title
(December 2017)  Motion for Summary Judgement
(January 2018)   Temporary Default Judgment for Plea of Title
(February 2018) Opposition to Defendant's Motion of Good Cause
                (Defendant not participating in 15 months)
(March 2018)    Hearing for default judgment

MD Bankruptcy Court:   (April 30 2018)  Hearing for Lifting Stay for Bellevue Street
(May 8, 2018)  Submission of DC Superior Court docket to confirm
                Court Order in 2013 overrode Court Order of 2009

DC Landlord and Tenant Court  (December 2017)  Discovery Documents due
(December 2017)  case put on hold

Debtor respectfully submit and request dismissal of this case for pursuit of legal counsel to properly present and organizes financial position for bankruptcy and strategies in accordance with bankruptcy laws.

Respectfully submitted,

Theresa Saunders

## 2010 CA 002877 R(RP) SAUNDERS, THERESA W. Vs. ROBINSON, SHARON et al

| 04/27/2010 | Real Property | Closed |
|---|---|---|
| | 04/27/2010 | |

All Information    Party    Docket    Disposition

### Party Information

**SAUNDERS, THERESA W.** - Plaintiff

Disposition
Disp Date

Alias

**Party Attorney**
Attorney          PRO SE

**ROBINSON, SHARON** - Defendant

Disposition
Disp Date

Alias

**Party Attorney**
Attorney          NARVAIZ, SANTIAGO R R

**GMAC MORTGAGE** - Defendant

Disposition
Disp Date

Alias

**Party Attorney**
Attorney          NARVAIZ, SANTIAGO R R

**SAUNDERS, NATHAN** - Intervenor

Disposition
Disp Date

Alias

**Party Attorney**
Attorney          BLAND, WILLIAM A

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/27/2010 | Complaint for Real Property Filed  Receipt: 163406  Date: 04/27/2010 | Image |
| 04/27/2010 | Motion for Temporary Restraining Order Filed<br>Attorney: PRO SE (999999)  Receipt: 163406  Date: 04/27/2010 | Image |
| 04/27/2010 | Motion for Preliminary Injunction Filed<br>Attorney: PRO SE (999999)  Receipt: 163406  Date: 04/27/2010 | Image |
| 04/28/2010 | Praecipe to Enter Appearance Filed | Image |
| 04/29/2010 | Event Resulted:<br>The following event: Hearing on Temporary Restraining Order scheduled for 04/28/2010 at 4:00 pm has been resulted as follows:<br><br>Result: Temporary Restraining Order Hearing Held<br>Judge: GREENE, HENRY F    Location: Judge In Chambers, Room 4220<br><br>PARTIES APPEARED BEFORE JUDGE GREENE.  THE MOTION FOR TEMPORARY RESTRAINING ORDER IS GRANTED.<br><br>THE STATUS HEARING ON PRELIMINARY INJUNCTION IS SET FOR 05/13/10 AT 10:00AM.<br><br>COPIES PROVIDED IN OPEN COURT | |
| 04/29/2010 | Order Granting Motion for Temporary Restraining Order SIGNED BY JUDGE GREENE ON 04/28/10<br> Entered on the Docket 04/28/10 | Image |

| Date | Docket Text | | Image Avail. |
|------|-------------|---|---|

**05/13/2010**  Stay Entered

**05/13/2010**  Event Resulted:
The following event: Status Hearing on Preliminary Injunction scheduled for 05/13/2010 at 10:00 am has been resulted as follows:

Result: Status Hearing on Preliminary Injunction Continued. All parties present. The case will be STAYED for 60 days with the consent of both parties. Defendant will resolve the tax record issue immediately. There will be no foreclosure while the case is being STAYED. Further Status Hearing for Preliminary Injunction is set for June 17, 2010 at 11:00AM. Defendant's Motion to Dismiss is Held in Abeyance. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317
Mr THOMAS A DUCKENFIELD (Attorney) on behalf of SHARON ROBINSON (Defendant); PRO SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF)
 Participant(s): Judge JOHN RAMSEY JOHNSON

**05/14/2010**  Issue Date:  05/14/2010
Service:  Summons Issued
Method:  Service Issued
Cost Per: $

ROBINSON, SHARON
3451 Hammond Avenue
WATERLOO, IA  50704
Tracking No: 5000079039

GMAC MORTGAGE
7315 Wisconsin Avenue
Ste 315 East
BETHESDA, MD  20814
Tracking No: 5000079040

**06/17/2010**  Event Resulted:
The following event: Initial Scheduling Conference-60 scheduled for 07/30/2010 at 9:30 am has been resulted as follows:

Result: Event Cancelled
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317

**06/17/2010**  Event Resulted:
The following event: Status Hearing on Preliminary Injunction scheduled for 06/17/2010 at 11:00 am has been resulted as follows:

Result: Status Hearing on Preliminary Injunction Held. Courtroom #317(CourtSmart). All parties present. Plaintiff stated on the record that she has now obtained counsel in this case. Foreclosure STAY remains in effect. Further Status Hearing is set for July 22, 2010 at 2:00PM. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317
GMAC MORTGAGE (Defendant); ; Mr THOMAS A DUCKENFIELD (Attorney) on behalf of SHARON ROBINSON (Defendant); PRO SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF); Judge JOHN RAMSEY JOHNSON

**07/22/2010**  Notice of Hearing Mailed Next Business Day                                Image

Notice Of Hearing
Sent on: 07/22/2010 14:33:07

**07/22/2010**  Event Resulted:
The following event: Status Hearing scheduled for 07/22/2010 at 2:00 pm has been resulted as follows:

Result: Status Hearing Held
Courtroom/Court Smart 317. All Parties Present. Evidentiary Hearing set for September 17, 2010 @ 11:30am. SD/J.RJ
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317
THERESA W. SAUNDERS (PLAINTIFF); ; Mr THOMAS A DUCKENFIELD (Attorney) on behalf of SHARON ROBINSON (Defendant); Judge JOHN RAMSEY JOHNSON

**08/04/2010**  Returned: Status Hearing Notice                Entered on: July 23, 2010
Notice Mailed to: Mr Thomas A Duckenfield         Address: 7215 16th St NW Washington, DC 20012
Notice Returned to Court on: August 4, 2010
Reason: Not Deliverable as Addressed

| Date | Docket Text | Image Avail. |
|---|---|---|

Result: Event Cancelled
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317

12/15/2010  Order Granting Joint Motion for Continuance of Status Conference/Hearing on December 16, 2010. submitted 12/15/2010 11:55. tw    <span>Image</span>

12/15/2010  Proof of Service to Order Granting Joint Motion for Continuance of Status Conference/Hearing on December 16, 2010. submitted 12/15/2010 11:55. tw    <span>Image</span>

01/28/2011  Plaintiff's Motion for Extension of Time for Status Hearing on Real Property  Filed    <span>Image</span>
Attorney: PRO SE (999999)
PRO SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF)  Receipt: 186246  Date: 01/28/2011

01/28/2011  Notice of Hearing Mailed Next Business Day    <span>Image</span>

Notice Of Hearing
Sent on:  01/28/2011  13:48:37

01/28/2011  Event Resulted:
The following event: Status Hearing scheduled for 01/28/2011 at 10:30 am has been resulted as follows:

Result: Status Hearing Not Held. Courtroom 519 (CourtSmart). Parties not present. Both sides contacted chambers this morning asking for a continuance. Status Hearing is continued to March 18, 2011 at 10:30AM. Notices mailed to all parties. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317

02/01/2011  Order Granting Plaintiff's Motion for Extension of Time for Status Hearing on Real Property Entered on the Docket. Signed by Judge R. Johnson. E-served on all parties. kpd

02/01/2011  Order Granting Plaintiff's Motion for Extension of Time for Status Hearing on Real Property Filed. Submitted 02/01/2011 17:12. jmv. Signed by Judge Johnson on 2/1/11.    <span>Image</span>

02/01/2011  Proof of Service to Order Granting Plaintiff's Motion for Extension of Time for Status Hearing on Real Property Filed. Submitted 02/01/2011 17:12. jmv. Signed by Judge Johnson on 2/1/11.    <span>Image</span>

03/18/2011  Event Resulted:
The following event: Status Hearing scheduled for 03/18/2011 at 10:30 am has been resulted as follows:

Result: Status Hearing Held. Courtroom 519(Courtsmart). Defendant present only. TRO is still in effect until the next hearing. Stay is extended until the preliminary injunction hearing. Preliminary Injunction Hearing is set for April 29, 2011 at 11:30AM. Notices mailed to all parties. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant)

03/18/2011  Notice of Hearing Mailed Next Business Day    <span>Image</span>

Notice Of Hearing
Sent on:  03/18/2011  11:39:47

04/29/2011  Event Resulted:
The following event: Preliminary Injunction Hearing scheduled for 04/29/2011 at 11:30 am has been resulted as follows:

Result: Preliminary Injunction Hearing Continued. Courtroom 519 (Courtsmart). Atty. Narvaiz present on behalf of the Defendant. The Court contacted Plaintiff Theresa W. Saunders by phone. Ms. Saunders represented to the Court via speakerphone that she did not receive notice of the Preliminary Injunction Hearing scheduled for 4/29/2011 at 11:30AM. Preliminary Injunction Hearing is continued to 5/18/2011 at 11:30AM. All parties agreed to the date and time for the continued hearing. Notices mailed to parties. sjw
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant)
 Participant(s): Judge JOHN RAMSEY JOHNSON

05/18/2011  Event Resulted:
The following event: Preliminary Injunction Hearing scheduled for 05/18/2011 at 11:30 am has been resulted as follows:

Result: Preliminary Injunction Hearing Held. Courtroom 519(Courtsmart). All parties present. Testimonies from both sides were heard in full. Any pleadings must be filed by June 13, 2011. Status hearing is set for June 15, 2011 at 2:00PM. Notices mailed to all parties. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant); PRO SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF)

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 09/14/2010 | Order Granting Unopposed (Consented to) Motion of GMACM For Continuance of Status Conference on September 17, 2010 Entered on the Docket. Signed by Judge R. Johnson. E-Served on Defendant, US Mail to Plaintiff. kpd | |
| 09/14/2010 | Event Resulted: The following event: Status Hearing scheduled for 09/17/2010 at 11:30 am has been resulted as follows: Result: Event Cancelled Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317 | |
| 09/14/2010 | Order Sua Sponte to/for: Order Granting Unopposed (Consented to) Motion of GMACM for Continuance of Status Conference on September 17, 2010 Entered on Docket. Submitted 09/14/2010 14:45. jmv. Signed by Judge Johnson on 9/14/10. | Image |
| 09/14/2010 | Proof of Service to Order Sua Sponte to/for: Order Granting Unopposed (Consented to) Motion of GMACM for Continuance of Status Conference on September 17, 2010 Entered on Docket. Submitted 09/14/2010 14:45. jmv. Signed by Judge Johnson on 9/14/10. | Image |
| 09/14/2010 | Unopposed Consented Motion for Continuance of Status Confeernce on September 17, 2010. Filed. Submitted. 09/14/2010 11:32. ncv. Attorney: BAKER, DENISE J (493414) GMAC MORTGAGE (Defendant);  Receipt: 175095  Date: 09/15/2010 | Image |
| 09/14/2010 | Additional eFiling Document to Unopposed Consented Motion for Continuance of Status Confeernce on September 17, 2010.  Filed. Submitted. 09/14/2010 11:32. ncv. Attorney: BAKER, DENISE J (493414) | Image |
| 10/29/2010 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 10/29/2010  12:09:45 | Image |
| 10/29/2010 | Event Resulted: The following event: Status Hearing scheduled for 10/29/2010 at 11:00 am has been resulted as follows: Result: Status Hearing Held. Courtroom 317(CourtSmart). Defendant present only. Preliminary Injunction Hearing is scheduled for December 16, 2010 at 10:00AM. Notices mailed to all parties. E.M. Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 317 Mr THOMAS A DUCKENFIELD (Attorney) on behalf of SHARON ROBINSON (Defendant)  Participant(s): Judge JOHN RAMSEY JOHNSON | |
| 11/16/2010 | Order Sua Sponte Entered on Docket. Signed by Judge R. Johnson. E-Served on Defendant, US mail to Plaintiff. kpd | |
| 11/16/2010 | Order Granting Unopposed (Consented to) Motion of GMACM for Continuance of Status Conference on September 17, 2010 Filed. Submitted 11/16/2010 13:56. jmv. Signed by Judge Johnson on 11/15/10. | Image |
| 11/16/2010 | Proof of Service to Order Granting Unopposed (Consented to) Motion of GMACM for Continuance of Status Conference on September 17, 2010 Filed. Submitted 11/16/2010 13:56. jmv. Signed by Judge Johnson on 11/15/10. | Image |
| 11/16/2010 | Opposition to Plaintiff's Request for Injunctive Relief and Motion to Dismiss Plaintiff's Complaint. Filed. Submitted. 11/16/2010 18:16. ncv. Attorney: NARVAIZ, Mr SANTIAGO R R (317347) GMAC MORTGAGE (Defendant);  Receipt: 180669  Date: 11/18/2010 | Image |
| 11/16/2010 | Additional eFiling Document to Opposition to Plaintiff's Request for Injunctive Relief and Motion to Dismiss Plaintiff's Complaint. Filed. Submitted. 11/16/2010 18:16. ncv. Attorney: NARVAIZ, Mr SANTIAGO R R (317347) | Image |
| 12/10/2010 | Supplemental Motion to Support Plaintiffs Complaint and Request for injunctive Relief Filed Attorney: PRO SE (999999) THERESA W. SAUNDERS (PLAINTIFF);  Receipt: 182592  Date: 12/10/2010 | Image |
| 12/14/2010 | Joint Motion for Continuance of  Status conference/Hearing on December 16, 2010 Filed. Submitted 12/14/2010 16:25. ts. Attorney: SILVER, Ms ROBIN (393290) GMAC MORTGAGE (Defendant);  Receipt: 182938  Date: 12/15/2010 | Image |
| 12/14/2010 | Additional eFiling Document to Joint Motion for Continuance of  Status conference/Hearing on December 16, 2010 Filed. Submitted 12/14/2010 16:25. ts. | Image |
| 12/15/2010 | Order Granting Joint Motion for Continuance of Status Conference/Hearing on December 16, 2010 Entered on the Docket. Signed by Judge R. Johnson. E-Served on all parties. kpd | |
| 12/15/2010 | Event Resulted: The following event: Preliminary Injunction Hearing scheduled for 12/16/2010 at 10:00 am has been resulted as follows: | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|

05/18/2011  Notice of Hearing Mailed Next Business Day    Image

Notice Of Hearing
Sent on: 05/18/2011 16:17:53.14

06/14/2011  GMACM's Supplemental Brief in Support of Its Motion to Dismiss Plaintiff's Complaint and Opposition to Plaintiff's  Image
Request for Injunctive Relief Filed. submitted 06/14/2011 18:13. tw
Attorney: NARVAIZ, Mr SANTIAGO R R (317347)
SHARON ROBINSON (Defendant); GMAC MORTGAGE (Defendant);

06/14/2011  Additional eFiling Document to GMACM's Supplemental Brief in Support of Its Motion to Dismiss Plaintiff's Complaint  Image
and Opposition to Plaintiff's Request for Injunctive Relief Filed. submitted 06/14/2011 18:13. tw
Attorney: NARVAIZ, Mr SANTIAGO R R (317347)
SHARON ROBINSON (Defendant); GMAC MORTGAGE (Defendant);

06/15/2011  Event Resulted:
The following event: Status Hearing scheduled for 06/15/2011 at 2:00 pm has been resulted as follows:

Result: Status Hearing Held. Courtroom 519 (Courtsmart). All parties present. The Court heard oral arguments from
both sides. The Court will issue an order Under Rule 19 from chambers. Plaintiff will send a copy of the Maryland
order from 2004 to the Court and the defendant through preacipe. Status hearing is set for July 7, 2011 at 2:00PM.
Notices mailed to all parties. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant); PRO
SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF)

06/15/2011  Notice of Hearing Mailed Next Business Day    Image

Notice Of Hearing
Sent on: 06/15/2011 16:11:26.49

06/23/2011  Order Sua Sponte Joining Nathan Saunders. Signed by Judge R. Johnson. E-served on all parties. kpd

07/05/2011  Order Sua Sponte Joining Nathan Saunders Submitted 07/05/2011 13:51. Signed by Judge Johnson on 6/23/11. ts.  Image
Attorney: JOHNSON, Honorable JOHN R (243253)

07/05/2011  Proof of Service  to Order Sua Sponte Joining Nathan Saunders Submitted 07/05/2011 13:51. Signed by Judge  Image
Johnson on 6/23/11. ts.

07/07/2011  Event Resulted:
The following event: Status Hearing scheduled for 07/07/2011 at 2:00 pm has been resulted as follows:

Result: Status Hearing Held. Courtroom 519(Courtsmart). All parties present. The Court heard oral arguments from
both sides. Further status hearing is set for September 1, 2011 at 2:00PM. Notices mailed to all parties. Atty. Mr.
William Bland is hereby entering his appearance on behalf of Mr. Nathan Saunders in Open Court on 7/7/2011.
Praecipe to Enter Appearance Filed. E.M.
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant); PRO
SE (Attorney) on behalf of THERESA W. SAUNDERS (PLAINTIFF) Mr WILLIAM A BLAND (Attorney) on behalf of
NATHAN SAUNDERS (Intervenor);

07/07/2011  Praecipe to Enter Appearance Filed    Image
Mr WILLIAM A BLAND (Attorney) on behalf of NATHAN SAUNDERS (Intervenor)

07/07/2011  Notice of Hearing Mailed Next Business Day    Image

Notice Of Hearing
Sent on: 07/07/2011 16:09:44.32

09/01/2011  Event Resulted:
The following event: Status Hearing scheduled for 09/01/2011 at 2:00 pm has been resulted as follows:

Result: Status Hearing Held. Courtroom 519 (Courtsmart). All parties present. The Court heard oral arguments from
all parties regarding the status of the property. Plaintiff represented to the Court that she has spoken with an attorney
and may have the attorney enter his appearance on her behalf in this case. Defendant GMAC Mortgage will hire an
appraiser to conduct a new appraisal on the property. Defendant GMAC Mortgage will pay half of the cost of the
appraisal and Plaintiff Theresa Saunders and Intervenor Nathan Saunders will equally split the second half of the
cost of the appraisal. Attorney Narvaiz will notify the parties once an appraiser has been designated. Attorney
Narvaiz will contact the Plaintiff to arrange a time and date to have the appraisal completed. Status Hearing is
scheduled for 10/14/2011 at 2:30PM. Notices mailed to parties. sjw/JRJ
Judge: JOHNSON, JOHN RAMSEY    Location: Courtroom 519
THERESA W. SAUNDERS (PLAINTIFF); NATHAN SAUNDERS (Intervenor); ; MR WILLIAM A BLAND (Attorney) on
behalf of NATHAN SAUNDERS (Intervenor); Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON
ROBINSON, GMAC MORTGAGE (Defendant); Judge JOHN RAMSEY JOHNSON

| Date | Docket Text | Image Avail. |
|---|---|---|
| 01/20/2012 | Order Granting Motion for Continuance Entered on the Docket. Signed by Judge R. Johnson. E-filed and e-served to defendants. US Mail to Plaintiff. All actions taken on 1/20/2012. DYC | |
| 01/20/2012 | Order Granting Motion for Continuance Signed by Judge Johnson on 01/20/2012. Submitted 01/20/2012 18:23 jhc. | Image |
| 01/20/2012 | Proof of Service to Order Granting Motion for Continuance Signed by Judge Johnson on 01/20/2012. Submitted 01/20/2012 18:23 jhc. | Image |
| 03/14/2012 | Defendant GMACM'S Motion to Strike Plaintiff's Motion for Contempt of Court and TRO and Amended Motion for Restoration of Water Supply and TRO or in the Alternative, GMACM'S Opposition to Plaintiff's Referenced Motions Filed. Submitted 03/14/2012 13:56. ts. Attorney: NARVAIZ, Mr SANTIAGO R R (317347) Receipt: 220051 Date: 03/15/2012 | |
| 03/14/2012 | Additional eFiling Document to Defendant GMACM'S Motion to Strike Plaintiff's Motion for Contempt of Court and TRO and Amended Motion for Restoration of Water Supply and TRO or in the Alternative, GMACM'S Opposition to Plaintiff's Referenced Motions Filed. Submitted 03/14/2012 13:56. ts. | |
| 03/16/2012 | Event Resulted: The following event: Status Hearing scheduled for 03/16/2012 at 10:30 am has been resulted as follows: Result: Status Hearing Held. Courtroom 219 (Courtsmart). All parties present. Defendant GMACM'S Motion to Strike Plaintiff's Motion for Contempt of Court and TRO and Amended Motion for Restoration of Water Supply and TRO or in the Alternative, GMACM'S Opposition to Plaintiff's Referenced Motions is DENIED. Plaintiff's Motion for Contempt of Court and Temporary Restraining Order is DENIED. Defendants and Intervenor to File Joint Motion within 30 days for a Court Order to Have the Property Sold and for Proper Accounting to be Accomplished between Plaintiff and Defendant GMAC. Plaintiff may file response to Joint Motion within 20 days of the filing of the Joint Motion. Status Hearing is scheduled for 6/15/2012 at 11:00AM. Notices mailed to parties. sjw/JRJ Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 219 THERESA W. SAUNDERS (PLAINTIFF); NATHAN SAUNDERS (Intervenor); ; Mr WILLIAM A BLAND (Attorney) on behalf of NATHAN SAUNDERS (Intervenor); Mr SANTIAGO R R NARVAIZ (Attorney) on behalf of SHARON ROBINSON, GMAC MORTGAGE (Defendant); Judge JOHN RAMSEY JOHNSON | |
| 03/16/2012 | Oral Ruling DENYING Defendant GMACM'S Written Motion to Strike Plaintiff's Motion for Contempt of Court and TRO and Amended Motion for Restoration of Water Supply and TRO or in the Alternative, GMACM'S Opposition to Plaintiff's Referenced Motions by Judge Ramsey Johnson in Open Court on 3/16/2012 Entered on the Docket. sjw | |
| 03/16/2012 | Oral Ruling DENYING Plaintiff's Written Motion for Contempt of Court and Temporary Restraining Order by Judge Ramsey Johnson in Open Court on 3/16/2012 Entered on the Docket. sjw | |
| 03/16/2012 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 03/16/2012 13:10:24.34 | Image |
| 03/16/2012 | Opposition to GMAC's Motion to Strike Plaintiff's Motion for Contempt of Court and Temporary Restraining Order Filed: Attorney: PRO SE (999999) THERESA W. SAUNDERS (PLAINTIFF); | Image |
| 04/27/2012 | Motion of Party -in Interest Nathan A. Sanders for Partition and Joint Motion of Mr. Sanunders and GMACM for Judicial Sale of Property Filed submitted 04/27/2012 15:59 wjw. Attorney: NARVAIZ, Mr. SANTIAGO R R (317347) Receipt: 223624 Date: 04/30/2012 | Image |
| 04/27/2012 | Additional eFiling Document to Motion of Party -in Interest Nathan A. Sanders for Partition and Joint Motion of Mr. Saunders and GMACM for Judicial Sale of Property Filed submitted 04/27/2012 15:59 wjw. Attorney: NARVAIZ, Mr. SANTIAGO R R (317347) | Image |
| 05/18/2012 | Notice of Bankruptcy and Effect of Automatic Stay Filed. Submitted 05/18/2012 16:09. ajm Attorney: NARVAIZ, Mr SANTIAGO R R (317347) GMAC MORTGAGE (Defendant); | Image |
| 05/21/2012 | Order Granting In Part Motion of Party-In-Interest Nathan A. Saunders for Partition and Joint Motion of Mr. Saunders and GMACM for Judicial Sale of Property Entered on the Docket. Signed by Judge R. Johnson. E-filed and e-served on Defendant GMAC and Intervenor Saunders. US Mail to Plaintiff. All actions taken on 5/21/2012. DYC | |
| 05/21/2012 | Order Granting In Part Motion of Party-In-Interest Nathan A. Saunders for Partition and Joint Motion of Mr. Saunders and GMACM for Judicial Sale of Property signed by J./ R. Johnson on 5/21/12. submitted 05/21/2012 19:46.rp | Image |
| 05/21/2012 | Proof of Service to Order Granting In Part Motion of Party-Interest Nathan A. Saunders for Partition and Joint Motion of Mr. Saunders and GMACM for Judicial Sale of Property signed by J./ R. Johnson on 5/21/12. submitted 05/21/2012 19:46.rp | Image |
| 05/29/2012 | Motion for Acknowledgment of GMACM Bankruptcy Stay of Action and Appeal of Order Granting in Part Motion of Party-in-Interest Nathan Saunders for Partition and Joint Motion of Mr. Saunders and GMACM for Judicial Sale of Property Filed. | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 02/21/2013 | Plaintiff's Opposition to the Joint motion of Party-in-Interest Nathan A. Saunders and GMACM for reinstatement of Order Granting Motion for Partition and for Judicial Sale of Property Filed.<br>Attorney: PRO SE (999999)<br>THERESA W. SAUNDERS (PLAINTIFF); | Image |
| 02/22/2013 | Event Resulted:<br>The following event: Motion Hearing scheduled for 02/22/2013 at 11:00 am has been resulted as follows:<br><br>Result: Motion Hearing Held. Courtsmart. Plaintiff, Theresa Saunders present pro se. Attorney Narvaez present for the Defendant. Attorney William Gland present with the Intervenor Nathan Saunders.<br>Parties each make representations to the court regarding the pending motion. Oral ruling denying the Joint Motion of Party-in-Interest Nathan A. Saunders and GMACM for Reinstatement of Order Granting Motion for Partition and for Judicial Sale of Property. This matter is hereby dismissed without prejudice. ms<br>Judge: KRAVITZ, NEAL E    Location: Courtroom 219 | |
| 02/22/2013 | Oral Ruling Denying the Written Joint Motion of Party-in-Interest Nathan A. Saunders and GMACM for Reinstatement of Order Granting Motion for Partition and for Judicial Sale of Property  by Judge Kravitz in open court.  Entered on the Docket 02/22/2013. ms | |
| 02/22/2013 | Dismissed WIthout Prejudice by Court. ms | |
| 02/22/2013 | Order Denying Motion for Reinstatement of Judge Johnson's Order of 5/21/12 and Dismissing Case Without Prejudice Signed by J.Kravitz, Entered on Docket, e-filed, e-served, and copies mailed from chambers 2/22/13.nw | |
| 02/22/2013 | Order Denying Motion for Reinstatement of Judge Johnson's Order of May 21, 2012 Signed and Submitted by Judge Kravitz on 02/22/2013 14:35. tw | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Dismissed-by Court | 02/22/2013 | |